UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-220-JLR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MIGUEL GARCIA-HERNANDEZ, | ) | |
| Defendant. | ) | |

Offense charged:

    Conspiracy to Distribute Methamphetamine, Distribution of Methamphetamine (2 counts), Importation of Methamphetamine, Conspiracy to Engage in Money Laundering

Date of Detention Hearing:    July 6, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The drug charges for which defendant has been indicted carry a maximum term in

DETENTION ORDER                                            15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 1

excess of ten years. There is, therefore, a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

(2) Defendant was not interviewed by Pretrial Services. He was born in Mexico. The AUSA alleges that Miguel Garcia-Hernandez is not the defendant's true name. The defendant's Social Security number is assigned to a different named person and there is no alien registration number associated with this defendant. There is no additional information available regarding his personal history, residence, family ties, ties to this District, income, financial assets or liabilities, physical/mental health or controlled substance use if any.

(3) An immigration detainer has been filed by BICE.

(4) Defendant does not contest detention.

(5) Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>6th</u> day of July, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge